UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 02-CR-10402-WGY |
| | ) | |
| IMAURI IVERY | ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

Mr. Imauri Ivery, the Defendant in the above-captioned matter, through undersigned counsel, respectfully requests that the conditions of release be modified in the following way:

1. The condition that he is required to self-surrender on September 17, 2020 be removed and that the Court set a status date for October.

In support of these requests, the Defendant shares the following:

Originally, Mr. Ivery's condition requiring him to self-surrender was set for July 14, 2020 and was related to a pending state court matter that the parties envisioned would resolve by July 14. The parties agreed to continue the July 14, 2020 self-surrender date, in anticipation that Mr. Ivery's state court matter would resolve and Mr. Ivery would likely self-surrender on the state case. As such, on July 9, 2020 the Court continued Mr. Ivery's date to self-surrender in this matter until September 17, 2020.

However, in light of the pandemic, that state court matter was continued, but is now set for September 21, 2020. Mr. Ivery will likely self-surrender at a future date in the state court matter, which is why he requests that the Court instead set a status date in October to better evaluate a realistic end to the state court matter.

2

Further, Mr. Ivery has been in compliance with his reporting requirements and is additionally monitored via a state court GPS. The Defendant has conferred with the Government and the Probation Department, who both assent to this request.

>Respectfully submitted,
>
>IMAURI IVERY
>By his Attorney
>Respectfully submitted,
>
>*/s/ Forest O'Neill-Greenberg*
>Forest O'Neill-Greenberg
> B.B.O.: 674760
>Assistant Federal Public Defender
>Federal Defender Office
>51 Sleeper Street, 5th Floor
>Boston, MA  02210
>Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 16, 2020.

>*/s/ Forest O'Neill-Greenberg*
>Forest O'Neill-Greenberg